UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTINE AHARONIAN

       v.                            CA 11-510 ML

MICHAEL J. ASTRUE
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Almond on July 18, 2012. No objection has been filed and the time for doing so has passed.

This Court has independently reviewed the Report and Recommendation and the parties' motion papers. Having done so, the Court finds the Magistrate Judge's factual findings fully supported by the record and his legal conclusions to be sound. The Court, therefore, adopts the Report and Recommendation in its entirety.

Plaintiff's Motion to Reverse is DENIED, and the Commissioner's Motion to Affirm is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 8, 2012